**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-19978-LMI**

☐ 1st Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ______ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Guillermo Vazquez CO-DEBTOR: ______
Last Four Digits of SS# xxx-xx-6593 Last Four Digits of SS# xxx-xx-______

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ 709.35 for months 1 to 60 ;
B. $______ for months ______ to ______;
C. $______ for months ______ to ______ in order to pay the following creditors:

Administrative: Attorney's Fee $ 3,650.00
TOTAL PAID $2,500.00
Balance Due $ 1,150.00 payable $ 95.84 month (Months 1 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a ______ Arrearage on Petition Date $ ______
Address ______ Arrears Payment $______/month (Months____ to ___)
______ Arrears Payment $______/month (Months____ to ___)
______ Regular Payment $______/month (Months____ to ___)

2. ______ Arrears Payment $______
______ Arrears Payment $______/month (Months____ to ___)
______ Regular Payment $______/month (Months____ to ___)
Arrears Payment $______/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| | | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a ______ Total Due $______
Payable $______/month (Months ____to ___)

Unsecured Creditors: Pay $ 542.58 month (Months 1 to 12 ). Pay $638.42/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor will modify the plan to increase the amounts to be paid into the plan to provide for 100% distribution to unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 08/07/12